UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

IN RE: )
)
DONNA PETERSON ) CASE # 6:11-bk-09778-ABB
) CHAPTER 7
)
　　　　Debtor　　　　 )

TRUSTEE'S MOTION FOR TURNOVER OF PROPERTY OF THE ESTATE

Richard B. Webber II, Trustee, hereby files this Trustee's Motion for Turnover of Property of the Estate pursuant to Section 541 and 542 of the Bankruptcy Code and shows:

1. DONNA PETERSON, Debtor herein, filed this case under Chapter 7 on June 29, 2011.

2. The 11 U.S.C. §341 Meeting of Creditors was held and concluded on August 12, 2011.

> NOTICE OF OPPORTUNITY TO OBJECT AND FOR HEARING
>
> Pursuant to Local Rule 2002-4, the Court will consider this motion, objection, or other matter without further notice or hearing unless a party in interest files an objection within thirty (30) days from the date of service of this paper and docketing of same. If you object to the relief requested in this paper, you must file your objection with the Clerk of the Court at United States Bankruptcy Court, 135 W. Central Blvd., Suite 950, Orlando, FL 32801, and serve a copy on, Richard B. Webber II, Trustee, PO Box 3000, Orlando FL 32802-3000, and a copy to United States Trustee Office, 135 W. Central Blvd, Suite 620, Orlando, FL 32801.
>
> If you file and serve an objection within the time permitted, the Court will schedule a hearing and you will be notified. If you do not file an objection within the time permitted, the Court will consider that you do not oppose the granting of the relief requested in the paper, will proceed to consider the paper without further notice or hearing, and may grant the relief requested.

3. The Debtor listed a 2006 Kia Sorento and personal property ("Property") on her Schedule B with a current market value of $15,289.46, and has exempted $2,000.00, leaving equity in the Property of $10,289.46.

4. The Trustee provided a Buyback Agreement to the Debtor at the 341 meeting of creditors and requested the agreement be signed and returned with the first payment by August 26, 2011 or the Property be turned over to the Trustee for sale at auction.

5. On August 31, 2011, the Trustee received a lump sum offer from the Debtor, which the Trustee declined.

6. On September 7, 2011, the Trustee made a counter-offer for a lump sum payment with a response due on or before September 21, 2011.

7. To date, the Debtor has failed to execute the Agreement or to turnover the Property of the Estate.

WHEREFORE, the Trustee moves this Court to enter its order, ordering the Debtor to turnover the Property directly to the Trustee within fifteen (15) days from the date of entry of an order, or direct the Debtor to enter into a buyback with the bankruptcy estate.

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished either electronic transfer or via first-class, United States mail, postage prepaid, this day, October 5, 2011 to: DONNA PETERSON, 5106 WOOD RIDGE COURT, OCOEE, FL 34761; MICHAEL B JONES, THE WHEELOCK LAW FIRM LLC, 7601 DELLA DRIVE, SUITE 19; ORLANDO, FL 32819 and via electronic transfer to the U.S. Trustee's Office, 135 W. Central Blvd, Ste 620, Orlando, FL 32801

Dated: October 5, 2011

/s/ Richard B. Webber II, Trustee
Richard B. Webber II, Trustee
PO Box 3000
Orlando FL 32802-3000
Telephone: (407) 425-7010