UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

IN RE:                              )
                                    )
DONNA PETERSON                      )    Case # 6:11-bk-09778-ABB
                                    )    Chapter 7
        Debtor                      )

## TRUSTEE'S NOTICE OF INTENT TO SELL

TO: Creditors, Debtor and Parties in Interest:

Richard B. Webber II, the Trustee duly appointed and acting for the above-captioned estate, pursuant to 11 U.S.C. §363 (b) (1) and Local Rule 7005, reports that he intends to hold a public sale on or after the 21st day from the date of mailing this Report and Notice to sell the following property of the estate under the terms and conditions stated:

---

### NOTICE OF OPPORTUNITY TO OBJECT AND FOR HEARING

Pursuant to Local Rule 2002-4, the Court will consider this motion, objection, or other matter without further notice or hearing unless a party in interest files an objection within twenty one (21) days from the date of service of this paper and docketing of same. If you object to the relief requested in this paper, you must file your objection with the Clerk of the Court at United States Bankruptcy Court, 135 W. Central Blvd., Suite 950, Orlando, FL 32801, and serve a copy on, Richard B. Webber II, trustee, PO Box 3000, Orlando FL 32802-3000, and serve copy on United States Trustee, 135 W Central Blvd., Suite 620, Orlando, FL 32801.

If you file and serve an objection within the time permitted, the Court will schedule a hearing and you will be notified. If you do not file an objection within the time permitted, the Court will consider that you do not oppose the granting of the relief requested in the paper, will proceed to consider the paper without further notice or hearing, and may grant the relief requested.

---

1. Description of Property: A 2006 Kia Sorento, hereinafter referred to as "Property." The debtor valued the Property on Schedule B of the bankruptcy petition dated 06/29/11 at $10,375.00.

2. Method of Sale: The Property will be sold at public, absolute auction.

3. Date and Place of the Sale: The sale will be held on Saturday, December 3, 2011, at 10:00 am at Ewald Auction and Realty Auctioneers Auction House, which is located at 7350 Old Cheney Highway, Orlando, Florida 32807. Any party who desires to inspect the Property can do so by visiting Ewald Enterprises internet website at www.ewaldauctions.com or by contacting auctioneer, Robert Ewald at 407-275-6853.

4. Terms of the Sale: The Trustee makes no representations or warranties regarding the Property. Accordingly, the Property is being sold **"as is, where is with all faults and defects therein,"** and subject to all liens and encumbrances. Upon receipt of the funds from the auctioneer, the Trustee will forward a check to Wells Fargo Auto Finance for their lien and $1,000.00 to the Debtor for the claimed allowable exemption in the property.

5. The property is being sold subject to the following liens and encumbrances:

| Lienholder name & address | Amount of Lien (approximate value) |
|---|---|
| **Wells Fargo Auto Finance** | **$2,923.16*** |
| PO Box 29715, Phoenix, AZ 85038 | *Payoff amount will be obtained on date of auction. |

**Trustee has noted all liens of which he has knowledge; however, the Trustee has not performed a judgment or lien search. The property is being sold subject to any and all liens of record, as well as any and all easements, restrictions and reservations of record, and back taxes, if any, and current and subsequent taxes. Buyer is responsible for checking marketability of title prior to date of sale.**

**NOTICE:** For items subject to Florida Sales tax, if an exemption or waiver is sought, a Resale or Consumer Exemption Certificate will be required upon the sale. The certificate must bear the name and address of the purchaser, the effective date and the number of the dealer's certificate of registration, and the dealer's signature. If a resale certificate is not presented when required, sales tax will be collected. The tax shall be added to the sales price and the amount of the tax shall be separately stated as Florida tax on any charge tickets, sales slips, invoices or other tangible evidence of sale, and shall be a debt from the purchaser or consumer to the Trustee. If a titled vehicle is involved, buyer is responsible for paying sales tax to the Tag Agency.

Dated: October 31, 2011

/s/ Richard B. Webber II, Trustee
Richard B. Webber II, Trustee
PO Box 3000
Orlando FL 32802-3000
(407) 425-7010

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing has been furnished by regular U.S. Mail, postage prepaid, or electronic file transfer to all parties on the mailing matrix, which is attached to the original of this document and filed with the Court, and the United States Trustee, 135 W Central Blvd, Suite 620, Orlando, FL 32801, and auctioneer, Robert Ewald, 12472 Lake Underhill Road, Suite 312, Orlando, FL 32808 this October 31, 2011.

/s/ Richard B. Webber II, Trustee
Richard B. Webber II

```
Label Matrix for local noticing          BB&T                                      Robert Ewald
113A-6                                   P.O. Box 975448                           12472 Lake Underhill Road
Case 6:11-bk-09778-ABB                   Dallas, TX 75397-5448                     Suite 312
Middle District of Florida                                                         Orlando, FL 32828-7144
Orlando
Mon Oct 31 11:05:01 EDT 2011

Florida Dept of Labor and Security       Florida Dept of Revenue                   IRS
Hartman Building, Suite 307              P.O. Box 6668                             Centralized Insolvency Operations
2012 Capital Circle, Southeast           Tallahassee, FL 32314-6668                P.O. Box 7346
Tallahassee, FL 32399-6583                                                         Philadelphia, PA 19101-7346


Donna Peterson                           Wells Fargo Bank N.A., Wells Fargo Auto Fina   American Express
5106 Wood Ridge Court                    2nd Floor                                 P.O. Box 360002
Ocoee, FL 34761-8454                     13675 Technology Dr., Bldg. C             Fort Lauderdale, FL 33336-0002
                                         Eden Prairie, MN 55344-2252


American InfoSource LP as agent for      BB&T                                      Chase
Target                                   P.O. Box 3285                             P.O. Box 15153
PO Box 248866                            Coppell, TX 75019-9285                    Wilmington, DE 19886-5153
Oklahoma City, OK  73124-8866


Chase Bank USA NA                        Chase Bank USA, N.A.                      CitiCard
PO BOX 15145                             PO Box 15145                              P.O. Box 6500
Wilmington, DE 19850-5145                Wilmington, DE 19850-5145                 Sioux Falls, SD 57117-6500


CitiMortgage                             FIA CARD SERVICES, N.A.                   FIA Card Services
P.O. Box 689196                          PO Box 15102                              P.O. Box 15026
Des Moines, IA 50368-9196                Wilmington, DE 19886-5102                 Wilmington, DE 19850-5026


Florida Department of Revenue            GEICO                                     Internal Revenue Service
Bankruptcy Unit                          One Geico Plaza                           Post Office Box 7346
Post Office Box 6668                     Bethesda, MD 20810-0002                   Philadelphia PA 19101-7346
Tallahassee FL 32314-6668


NelNet                                   Nelnet                                    Nelnet
P.O. Box 82561                           3015 South Parker Road Suite 400          attn: Accounting Dept
Lincoln, NE 68501-2561                   Aurora CO 80014-2904                      121 S 13th St Ste 201
                                                                                   Lincoln, NE 68508-1922


Orange County Tax Collector              Sears Credit Crads                        Target National Bank
Attn:  Earl K. Wood                      P.O. Box 6282                             P.O. Box 660170
Post Office Box 2551                     Sioux Falls, SD 57117-6282                Dallas, TX 75266-0170
Orlando FL 32802-2551


Wells Fargo                              Michael B Jones +                         United States Trustee - ORL7 +
P.O. Box 29704                           The Wheelock Law Firm LLC                 135 W Central Blvd., Suite 620
Phoenix, AZ 85038-9704                   7601 Della Drive                          Orlando, FL 32801-2440
                                         Suite 19
                                         Orlando, FL 32819-7233
```

Richard B Webber, Trustee +
Post Office Box 3000
Orlando, FL 32802-3000


The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.


(u)Arthur B. Briskman              (d)BB&T                          End of Label Matrix
Orlando                            P.O. Box 975448                  Mailable recipients    30
                                   Dallas, TX 75397-5448            Bypassed recipients     2
                                                                    Total                  32